UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Michael Ruth, | ) |
|            Plaintiff, | ) |
| v. | )   **JUDGMENT** |
| City of Creedmoor, Robert G. Morris, John Does 1-10, | )   5:13-CV-862-BO |
|            Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment is ALLOWED.

This case is closed.

**This judgment filed and entered on June 30, 2015, and served on:**

Dan M. Hartzog (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog, Jr. (via CM/ECF Notice of Electronic Filing)
Michael Ruth (via US Mail at 1905 Lake Wendell Road, Wendell, NC 27591)

June 30, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk